# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**UNITED STATES OF AMERICA**                                             **PLAINTIFF**

**CASE NO. 4:10CR00067-01 BSM**

**ARCHIBONG EDEM-EFFIONG**                                      **DEFENDANT**

## AMENDED JUDGMENT AND COMMITMENT ORDER

The Judgment and Commitment Order [Doc. No. 64] entered on February 8, 2012, is hereby amended to add the following condition of supervision:

    The defendant shall surrender passport to Immigration authorities and shall obtain no new passport.

All other conditions contained in the original Judgment and Commitment Order shall remain unchanged and in full force and effect.

IT IS SO ORDERED this 9th day of February 2012.

                                                         _____
                                                         UNITED STATES DISTRICT JUDGE